AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Charter Communications Entertainment I, LLC
d/b/a Charter Communications

v.

Richard A. Lenihan

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-40213 FDS**

TO: (Name and address of Defendant)

Richard A. Lenihan
33 Steele Street
Worcester, MA  01607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq.
Murtha Cullina LLP
99 High Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                                     10-22-04

CLERK                                                                          DATE

_Sherry Jones_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

11/04/2004

I hereby certify and return that on 11/03/2004 at 01:34pm I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to RICHARD A LENIHAN at 33 STEELE ST, WORCESTER, MA. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $47.20

Deputy Sheriff David G Westerman

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                              *Signature of Server*

                                         _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.