UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, Plaintiff | CIVIL ACTION NO.: 03-40213-FDS |
| v. | |
| RICHARD A. LENIHAN, Defendant | |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

*Christopher L. Brown /CMK*
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

DATED: August 5, 2005

---

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: August 5, 2005   *CMK*

---

310668-1