UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, Plaintiff | CIVIL ACTION NO.: 03-40213-FDS |
| v. | |
| RICHARD A. LENIHAN, Defendant | |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications.

*Elizabeth A. Kowal*
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

DATED: August 5, 2005

---

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.

DATE: August 5, 2005  *EAK*

---

310669-1