UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, Plaintiff | CIVIL ACTION NO.: 03-40213-FDS |
| v. | |
| RICHARD A. LENIHAN, Defendant | |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications hereby moves to continue the scheduling conference presently scheduled for August 23, 2005. As reasons therefor, Charter states that Attorney Elizabeth A. Kowal, who is appearing in this matter for Charter, will be out of state on that date and, therefore, will be unable to attend.

Therefore, Charter respectfully requests that the scheduling conference be continued to a date convenient to the court and after September 19, 2005.

Charter Communications
Entertainment I, LLC d/b/a Charter
Communications

By its attorneys,

*Elizabeth A. Kowal*
Burton B. Cohen, BBO #656190
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

CERTIFICATE OF SERVICE
I hereby certify that on this day a copy of the above document was served upon the attorney of record for each party by mail/by hand, by overnight mail.
Dated: 8/5/05

DATED: August 5, 2005

310670-1