UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, )<br>)<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>RICHARD A. LENIHAN )<br>)<br>Defendant )<br>) | Civil Action Number<br><br>04-40213 FDS |

**ASSENT OF DEFENDANT TO PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE**

The Defendant Richard A. Lenihan ("Lenihan") respectfully assents and joins with the Plaintiff, Charter Communications Entertainment I, LLC, d/b/a Charter Communications ("Charter") in Charter's Motion to Continue Scheduling Conference. Lenihan states that his counsel is currently scheduled to appear in Land Court in Boston at 10:00 AM on the date currently set for the scheduling conference.

Lenihan respectfully joins with Charter in requesting that the initial scheduling conference be continued to a date convenient to this Court.

RESPECTFULLY SUBMITTED

RICHARD A. LENIHAN

_____
George L. de Verges, BBO No. 600067
de Verges & Katsonis
40 Southbridge Street, Suite 215
Worcester, MA 01608
(508) 754-2600
(508) 754-1818 (facsimile)
COUNSEL FOR THE DEFENDANT

Date: August 8, 2005

1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>  Plaintiff<br><br>v.<br><br>RICHARD A. LENIHAN<br><br>  Defendant | Civil Action Number<br><br>04-40213 FDS |

CERTIFICATE OF SERVICE

I, George L. de Verges, attorney for Defendant Richard A. Lenihan in the above captioned matter, certify that I served a copy of the ASSENT OF DEFENDANT TO PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE, by mailing first class, postage prepaid, to:

Elizabeth A. Kowal, Esq.
Burton B. Cohen, Esq.
Murtha Cullina, LLP
99 High Street
Boston, MA 02110

Date: _August 8_, 2005

_____
George L. de Verges, Esq. (BBO #600067)
de Verges & Katsonis
40 Southbridge Street, Suite 215
Worcester, MA 01608
(508) 754-2600