UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, Plaintiff | CIVIL ACTION NO.: 04-40213-FDS |
| v. | |
| RICHARD A. LENIHAN, Defendant | |

## MOTION TO CONTINUE SCHEDULING CONFERENCE

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications hereby moves to continue the scheduling conference presently scheduled for September 20, 2005. As reasons therefor, plaintiff states that the parties are attempting to settle this matter.

Therefore, Charter respectfully requests that the scheduling conference be continued to a date convenient to the court and after October 15, 2005.

Charter Communications
Entertainment I, LLC d/b/a Charter
Communications

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a copy of the above document was served upon the attorney of record for each party by mail/by hand, by overnight mail.
Dated: 9/19/05  /s/

By its attorneys,

*Elizabeth A. Kowal*
Burton B. Cohen, BBO #656190
Elizabeth A. Kowal, BBO #646326
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000

DATED: September 19, 2005

310670-1

# MURTHA CULLINA LLP

ATTORNEYS AT LAW

99 HIGH STREET
BOSTON, MASSACHUSETTS 02110-2320

TELEPHONE (617) 457-4000
FACSIMILE (617) 482-3868
www.murthalaw.com

September 19, 2005

VIA FAX, 508-929-9908
AND FIRST CLASS MAIL

Martin Castles, Deputy Clerk
United States District Court
Harold D. Donohue Federal Building &
  Courthouse
595 Main Street
Worcester, MA 01608

  Re: Charter Communications Entertainment I, LLC d/b/a
    Charter Communications v. Richard A. Lenihan
    Civil Action No. 03-40213-FDS

Dear Mr. Castles:

  Pursuant to my voicemail of today, the parties are in the midst of settling this case. Therefore, we would like to postpone the scheduling conference for one month. I have attached a Motion to Continue.

            Very truly yours,

            *Elizabeth A. Kowal*

            Elizabeth A. Kowal

EAK/lm
Enclosures

cc: George L. de Verges, Esq. (w/enc.)

314063-1    BOSTON    HARTFORD    NEW HAVEN