UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS,<br><br>Plaintiff<br><br>v.<br><br>RICHARD A. LENIHAN<br><br>Defendant | Civil Action Number<br><br>04-40213 FDS |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), by and among Charter Communications Entertainment I, LLC, d/b/a Charter Communications, Plaintiff, and Richard A. Lenihan, Defendant, that the above-entitled action and all claims and causes of action of parties hereto be dismissed **with prejudice** and that each party bear its or his own costs and attorney's fees in this action. All parties hereto waive all rights of appeal.

RESPECTFULLY SUBMITTED,

**Charter Communications Entertainment I, LLC, d/b/a Charter Communications**
By its Attorneys

*Elizabeth A. Kowal*
Elizabeth A. Kowol, Esq.
(BBO # 646326)
Murtha Cullina LLP
99 High Street
Boston, MA 02210

(617) 457-4000

Date: 10/5/05

**Richard A. Lenihan**
By his Attorneys

George L. de Verges, Esq.
(BBO #600067)
de Verges & Katsonis
40 Southbridge Street, Suite 215
Worcester, MA 01608
(508) 754-2600

Date: October 4, 2005